UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ROBERT TOUSSIE and LAURA TOUSSIE,

                Plaintiffs,

        -against-

ALLSTATE INSURANCE COMPANY,

                Defendant.
------------------------------------------------------------- X

**ORDER**
15 CV 5235 (ARR) (CLP)

**POLLAK**, United States Magistrate Judge:

By letter dated May 2, 2018, plaintiffs Robert and Laura Toussie explain that the Court's earlier preservation Orders expired by their own terms yesterday, May 1, 2018. (Pls.' Letter at 1, May 2, 2018, ECF No. 179). Plaintiffs express the view that because defendant Allstate Insurance Company requested an extension of the Orders and the Court has not yet ruled on that request, they "believe it was [the Court]'s intention simply to allow the preservation orders to expire." (Id.) Thus, plaintiffs "assume that . . . they may immediately remove their property from CFASS and sell it, and they intend to do so." (Id.)

To the contrary, given the pending disputes (see, e.g., Pls.' Letter, Mar. 19, 2018, ECF No. 161; Pls.' Letter, Mar. 29, 2018, ECF No. 168; Def.'s Letter, Apr. 2, 2018, ECF No. 169), the earlier preservation Orders are hereby extended pending further Order of this Court.

The Court therefore **ORDERS** that plaintiffs, Robert Toussie and Laura Toussie, as well as their agents, employees, and any other person, are **ENJOINED** from removing any boxes or property from the storage units located at Christie's Fine Art Storage Services, 100 Imlay Street, Brooklyn, NY 11231, absent further Order of this Court.

1

Counsel for Allstate Insurance Company is directed to serve a copy of this Order on Christie's Fine Art Storage Services. The Clerk of the Court is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated: Brooklyn, New York
May 2, 2018

/s/ Cheryl L. Pollak
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York