Jeffrey M. Eilender
Partner

jeilender@schlamstone.com

SCHLAM STONE & DOLAN LLP

26 Broadway, New York, NY 10004
Main: 212 344-5400  Fax: 212 344-7677
schlamstone.com

May 7, 2018

**BY ECF**

The Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Toussie, et al., v. Allstate Insurance Co.*, Case No. 15-cv-5235 (ARR) (CLP);
      Unopposed Request to Make Minor Adjustments to Briefing Schedules on Motions
      for Leave to Amend (Dkt. No. 172)

Dear Judge Pollak:

This firm represents Plaintiffs Robert and Laura Toussie in this action.

We write to request that the Court make the following minor adjustments to the briefing
schedules it so ordered on April 12, 2018 (Dkt. No. 172) on Allstate's motion for leave to
amend its answer and Plaintiffs' anticipated motion for leave to amend their complaint.
Allstate does not object to these modifications.

- Plaintiffs will file their opposition to Allstate's motion for leave to amend its answer
  by May 15, 2018 (extended from May 8, 2018), and Allstate will file its reply in
  further support of its motion by May 25, 2018 (extended from May 22, 2018).

- Plaintiffs will file their motion for leave to amend their complaint by May 24, 2018
  (extended from May 10, 2018), Allstate will file its opposition to this motion by June
  15, 2018 (extended from June 1, 2018), and Plaintiffs will file their reply in further
  support of their motion by June 29, 2018 (extended from June 15, 2018).

This is Plaintiffs' first request for an extension of the deadlines concerning these motions.

Respectfully submitted,

/s/ Jeffrey M. Eilender
Jeffrey M. Eilender

cc:   All counsel of record (by ECF)

*Request granted
So Ordered
/s/ Cheryl L. Pollak
USMJ
5/8/18*