**Brendan E. Zahner**

brendan.zahner@dentons.com
D   +1 212 768 5339

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

June 25, 2018

**BY CM/ECF**

The Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court for the Eastern
District of New York
United States Courthouse
225 Cadman Plaza
Brooklyn, New York  11201

Re:  *Toussie v. Allstate Insurance Company*, Case No. 1:15-cv-5235-ARR-PK

Dear Magistrate Judge Pollak:

We represent defendant Allstate and write to request that the Court extend the briefing schedule on Plaintiffs' motion to amend/supplement their Complaint such that Allstate's opposition will be due July 19 and Plaintiffs' reply will be due August 2.  Plaintiffs' counsel consented to this request.

The Court extended these deadlines once before to maintain the original briefing schedule agreed by the parties and because Robert King Jr., counsel to Allstate, had surgery scheduled for June 21, 2018, which is during the time period for Allstate to prepare its opposition.  As the Court is likely aware, on Friday Plaintiffs filed an objection to the Court's June 8 order, and Allstate's opposition to that objection will otherwise be due the same day as its opposition to the motion to amend/supplement (during the same time period, the parties are also working on expert reports and stipulations as instructed by the Court in its June 8 order).

Allstate therefore requests that the Court set July 19 as the deadline for Allstate's opposition to Plaintiffs' motion to amend/supplement their Complaint and August 2 as the deadline Plaintiffs' reply in further support of their motion to amend/supplement their Complaint.

*Request granted.*
*So Ordered*
*/s/ Cheryl L. Pollak*
*USMJ*
*6/25/18*

Respectfully submitted,

/s/ Brendan E. Zahner

Maclay Murray & Spens ▶ Gallo Barrios Pickmann ▶ Muñoz ▶ Cardenas & Cardenas ▶ Lopez Velarde ▶ Rodyk ▶ Boekel ▶ OPF Partners ▶
大成 ▶ McKenna Long