Jeffrey M. Eilender
Partner

jeilender@schlamstone.com

# SCHLAM STONE & DOLAN LLP

26 Broadway, New York, NY 10004
Main: 212 344-5400  Fax: 212 344-7677
schlamstone.com

November 12, 2018

**BY ECF**

The Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Toussie, et al., v. Allstate Ins. Co.*, Case No. 15-cv-5235 (ARR) (CLP); Second Unopposed Request for Extension of Time to Respond to Allstate's Motion for Sanctions (Dkt. No. 232)

Dear Judge Pollak:

This firm represents Plaintiffs Robert and Laura Toussie in this action.

We write to request that Plaintiffs' time to respond to Defendant Allstate Insurance Company's motion for sanctions under Fed. R. Civ. P. 37 (Dkt. No. 232) be extended from November 14, 2018 (Dkt. No. 235) to November 27, 2018. We seek this extension because of a recent death in Plaintiff's counsel's immediate family.

This is Plaintiffs' second request for an extension of this deadline; the first request was made on October 29, 2018 (Dkt. No. 234) and was granted (Dkt. No. 235). Allstate does not oppose this extension if its reply is also extended to December 10, 2018. Plaintiffs do not object to this extension.

Respectfully submitted,

/s/ Jeffrey M. Eilender
Jeffrey M. Eilender

cc:   All counsel of record (by ECF)

*Request granted*
*So Ordered*

/s/ Cheryl Pollak
USMJ
11/14/18