EXHIBIT C

Claim History

| | | | | |
|---|---|---|---|---|
| ☐ ☐ | 10/31/2012 3:49 PM Central | First Notice of Loss Snapshot | System Generat... | DEBRA ARCHB... ROBERT I. TOUSSIE |
| | | | FNOL Snapshot | |
| ☜ | | First Notice of Loss Snapshot | | |
| ☐ | 10/31/2012 3:49 PM Central | FNOL Additional Notes | FNOL | DEBRA ARCHB... |

Additional Notes:
Home totally devastated and all contents with it. Ocean washed away parts of home. Evacuation. Agent is Dick Tutwiler 1-800-321-4488 ext #105 or cell # 813-293-1624. Also filing a flood claim for the insured.
Call the insured at 917-626-2995

read CAT/POT temp repair verbage

| | | | | |
|---|---|---|---|---|
| ☐ | 10/31/2012 3:44 PM Central | Automated Assignment Error | System Generat... | DEBRA ARCHB... |
| | | | Auto Assignment Message | |

Could not auto assign an entity to the role of Claim Handler to this claim. No Performers are available. (NGCS-1002,A6X2HS2)

Selected documents to be sent: 0

Modify
Search

Back    Deselect All    Continue to Send Documents