# EXHIBIT D



## TUTWILER
PUBLICADJUSTER.COM

## FACSIMILE COVER SHEET
### REPLY TO:  TAMPA - FAX (813) 287-0862

**DATE:**     May 7, 2013

**FROM:**     Rick Tutwiler

**TO:**       Ms. Mitzi Palazzo

**RE:**       Insured:  Robert and Laura Toussie
              Claim No: 0264568890

**FAX #:**    877-292-9527

## NUMBER OF PAGES TO FOLLOW INCLUDING COVER:

## PLEASE CONTACT (813) 287-8090, IF YOU DID NOT RECEIVE QUALITY COPIES.   THANK YOU.

This facsimile contains CONFIDENTIAL AND PRIVILEGED INFORMATION which is intended only for the use of the addressee(s) named.  If you are not the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited.  If you have received in error, please immediately notify us by telephone at (813) 287-8090 and return the original facsimile to us at the address above via the United States Postal Services.  Thank you.

**Tampa**
5401 West Kennedy Blvd., Suite 757
Tampa, Florida 33609
P: 813.287.8090  F: 813.287.0862
TF: 1.800.321.4488

**South Florida**
800 South Federal Highway
Hollywood, Florida 33020
P: 305.374.5223
TF: 1.800.321.4488

**Treasure Coast**
3477C SW Palm City School Ave.
Palm City, Florida 34990
P: 772.828.2406  F: 561.348.2108
TF: 1.866.903.1718

STRICTLY CONFIDENTIAL                                   DEFENDANT 0000238



**TUTWILER**
PUBLICADJUSTER.COM

May 7, 2013

CERTIFIED MAIL & FAX:
877.292.9527

Ms. Mitzi Palazzo
Desk Adjuster
Allstate National Catastrophe Team
P.O. Box 672041
Dallas, TX 75267

RE:     Insured:                    Robert & Laura Toussie
        Allstate Policy No.         043 588174 08/30 – Deluxe Plus Homeowners Insurance
        Allstate Claim  No.         0264568890
        Type of Loss:               Windstorm/Theft/Water Back-up/Sewer
        Loss Address:               290 Exeter St.
                                    Brooklyn, NY 11235-3726
        Date of Loss:               October 29, 2012

Dear Ms. Palazzo:

This letter is in response to your letter dated April 26, 2013. It will also confirm my most recent conversation with you and your Mold Adjuster on May 3, 2013.

Pursuant to my conversation with your Mold Adjuster "Mary" (would not provide last name) she indicated that Allstate was denying coverage for the Mold Portion of this claim. However, Mary could not provide a clear explanation of her basis nor could she provide supporting documentation regarding Allstate's decision and denial. Mary only informed me that Allstate's denial was based upon their engineer's report, but when she transferred me to speak with you, you advised that Allstate's engineer has not completed his report nor has he turned anything in. (For clarification please refer to the phone conversations that Allstate records for quality assurance.)

In addition to the above, I received a letter from you dated April 26, 2013 stating: *This letter will serve as notification that this claim is being closed due to "lack of interest."* I am shocked to have received such correspondence and it is extremely concerning that you as Lead Adjuster and the Allstate Insurance Company has chosen to close this claim while it still will not provide the following to its insureds:

    1) A Certified and True Copy of the Deluxe Plus Homeowners Insurance Policy No. 043 588174 to include the policy itself, its declarations pages, limits of liability, and endorsements
    2) A Certified Copy of the Scheduled Personal Property/Fine Arts Schedule that was also sold as part of the policy, which they paid an additional premium for and understand is insured for $365,450.00.
    3) A Copy of Allstate's Engineer's Report
    4) A Formal Denial Letter explaining its position regarding the items noted above

Given the above, it is very clear that Allstate's decision to close this claim is unjust and simply wrong. I have made you aware in past prior correspondences that the insureds have lost everything. Without having a Certified and Complete Copy of their Allstate Deluxe Plus Homeowners Insurance Policy No. 043 588174 or their Scheduled Fine Arts Policy it is not possible for them to accurately gauge what was stolen and what was covered. We cannot fathom why Allstate will not provide these policies nor a copy of their Engineer's Report.

| Tampa | South Florida | Treasure Coast |
|---|---|---|
| 5401 West Kennedy Blvd., Suite 757 | 800 South Federal Highway | 3477C SW Palm City School Ave. |
| Tampa, Florida 33609 | Hollywood, Florida 35020 | Palm City, Florida 34990 |
| P: 813.287.8090  F: 813.287.0862 | P: 305.374.5223 | P: 772.828.2406  F: 561.348.2108 |
| TF: 1.800.321.4488 | TF: 1.800.321.4488 | TF: 1.866.909.1718 |

for You.

STRICTLY CONFIDENTIAL                                                          DEFENDANT 0000239

Ms. Mitzi Palazzo
May 7, 2013
Page 2

I will advise the Toussie family to proceed accordingly, but please note your claim file that the insureds have done everything in their power to cooperate with Allstate, even providing their own engineer's report at their expense. To the contrary, Allstate has not been cooperative and has now elected to close this claim due to "lack of interest," which given all the facts outlined above is simply wrong.

Thank you,

Richard P. "Rick" Tutwiler, P.C.L.S.
New York Licensed Public Adjuster PA-1097424/Certified Windstorm Umpire


Cc: Martha Vaughn
        Via Fax: 877.292.9527
        Ref Claim # 0264568890

Cc: Ms. Mylene Brum
        Via Fax: 877.292.9527
        Ref Claim # 0264568890

Cc: Robert & Laura Toussie


Enclosure(s)
        1. Allstate Lack of Interest Letter - April 26, 2013

STRICTLY CONFIDENTIAL                                          DEFENDANT 0000240