UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT and LAURA TOUSSIE,<br><br>               Plaintiffs,<br><br>   v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>               Defendant. | Civ. No. 15-5235(ARR)(PK) |

## DECLARATION OF BRENDAN E. ZAHNER

I, BRENDAN E. ZAHNER, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am admitted to practice in this Court and am currently an associate at Dentons US LLP.

2. Attached as Exhibit 1 is the April 26, 2013 letter from Allstate that is referred and responded to in the letter submitted by Plaintiffs as Exhibit D to their objection, docket entry 254-4.  This April 26, 2013 letter was also produced by the Plaintiffs in this lawsuit with the bates stamp TOUSSIE000992.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on March 22, 2019

                                                            /s/ Brendan E. Zahner
                                                            Brendan E. Zahner

# EXHIBIT 1



NCT
PO BOX 672041
DALLAS TX 75267

TUTWILER & ASSOCIATES, INC
5401 W KENNEDY BLVD STE 757
TAMPA FL 336092494

April 26, 2013

INSURED: Bob Toussie  
DATE OF LOSS: October 29, 2012  
CLAIM NUMBER: 0278564604 PLT

PHONE NUMBER: 800-326-0950  
FAX NUMBER: 877-292-9527  
OFFICE HOURS: Mon - Fri 7:00 am - 7:00 pm,  
Sat 7:00 am - 7:00 pm

Dear TUTWILER & ASSOCIATES, INC,

This letter will serve as notification that this claim is being closed due to lack of interest. The claim may be reopened at a later date once the requested information has been provided to the adjuster.

Sincerely,

*MITZI PALAZZO(SPECIALTY)*

MITZI PALAZZO(SPECIALTY)  
800-326-0950 Ext. 5959  
Allstate Insurance Company

Copy : ROBERT & LAURA TOUSSIE

GENI001                    0278564604 PLT



1000020130427TR003005264001001009909