UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT AND LAURA TOUSSIE,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>　　　　　　　　Defendant. | Civ. No.: 15-cv-05235 (ARR)(PK)<br><br>**JURY DEMAND** |

　　　　Defendant Allstate Insurance Company, pursuant to Federal Rule of Civil Procedure 38 and by and through its undersigned counsel, hereby demands a trial by jury of all issues so triable in this action.

Dated: May 28, 2019
　　　　New York, NY

　　　　　　　　　　　　　　　　DENTONS US LLP

　　　　　　　　　　　　　　　　By:　　/s/ Gary Meyerhoff.
　　　　　　　　　　　　　　　　　　　　Robert H. King, Jr. (PHV)
　　　　　　　　　　　　　　　　　　　　Gary Meyerhoff
　　　　　　　　　　　　　　　　　　　　Brendan E. Zahner
　　　　　　　　　　　　　　　　　　　　1221 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, New York 10020-1089
　　　　　　　　　　　　　　　　　　　　Tel: (212) 768-6700
　　　　　　　　　　　　　　　　　　　　Fax: (212) 768-6800
　　　　　　　　　　　　　　　　　　　　robert.kingjr@dentons.com
　　　　　　　　　　　　　　　　　　　　gary.meyerhoff@dentons.com
　　　　　　　　　　　　　　　　　　　　brendan.zahner@dentons.com

　　　　　　　　　　　　　　　　*Counsel for Defendant*