AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| ROBERT TOUSSIE and LAURA TOUSSIE | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 15-CV-05235 (ARR)(CLP) |
| ALLSTATE INSURANCE CO. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LAURA TOUSSIE

Date: 06/03/2019

*Attorney's signature*

RICHARD HAMBURGER
*Printed name and bar number*

HAMBURGER, MAXSON, YAFFE & McNALLY, LLP
225 Broadhollow Road, Suite 301E
Melville, New York 11747
*Address*

rhamburger@hmylaw.com
*E-mail address*

(631) 694-2400
*Telephone number*

(631) 694-1376
*FAX number*