AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ROBERT TOUSSIE and LAURA TOUSSIE )<br>*Plaintiff*<br>v. )<br>ALLSTATE INSURANCE CO. )<br>*Defendant* | Case No.   15-CV-05235 (ARR)(CLP) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LAURA TOUSSIE

Date:   06/03/2019

*Attorney's signature*

DAVID N. YAFFE
*Printed name and bar number*

HAMBURGER, MAXSON, YAFFE & McNALLY, LLP
225 Broadhollow Road, Suite 301E
Melville, New York 11747
*Address*

dyaffe@hmylaw.com
*E-mail address*

(631) 694-2400
*Telephone number*

(631) 694-1376
*FAX number*