UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ROBERT TOUSSIE and LAURA TOUSSIE,

                                               Plaintiffs,

-against-

ALLSTATE INSURANCE CO.,

                                               Defendant.
-------------------------------------------------------------------------X

**CONSENT TO CHANGE ATTORNEY**

Docket No.:
1:15-CV-05235(ARR)(CLP)

IT IS HEREBY CONSENTED THAT, HAMBURGER, MAXSON, YAFFE & McNALLY, LLP, having offices located at 225 Broadhollow Road, Suite 301E, Melville, New York 11747, be substituted as attorneys of record for the undersigned party in the above-entitled action in place of and stead of the undersigned attorneys as of the date hereof.

Dated: June 12, 2019

                                      **HAMBURGER, MAXSON, YAFFE, & McNALLY, LLP**
                                      *(New Counsel)*

                                      By: _____
                                      Richard Hamburger, Esq.
                                      David N. Yaffe, Esq.
                                   225 Broadhollow Road, Suite 301E
                                   Melville, New York 11747
                                   631.694.2400

                                      **SCHEYER & STERN, LLP**
                                      *(Outgoing Counsel)*

                                      By: _____
                                      Fredrick P. Stern, Esq.
                                   110 Lake Avenue South, Suite 46
                                   Nesconset, New York 11767
                                   631.265.8500

                                   _____
                                   LAURA TOUSSIE

**SO ORDERED:**

_____
HON. ALLYNE R. ROSS, U.S.D.J.
Dated: June ____, 2019

STATE OF NEW YORK        )
                         )   ss:
COUNTY OF KINGS          )

      On the 12th day of June in the year 2019, before me personally came Laura Toussie, personally known to me, or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the persons upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

**RICHARD HAMBURGER**
Notary Public-State of New York
No. 02HA4769641
Qualified in Suffolk County
Commission Expires February 28, 2023