# HAMBURGER, MAXSON, YAFFE & McNALLY, LLP

ATTORNEYS AT LAW
225 BROADHOLLOW ROAD, SUITE 301E
MELVILLE, NEW YORK 11747
631.694.2400
FAX: 631.694.1376
HMYLAW.COM

RICHARD HAMBURGER
rhamburger@hmylaw.com

June 13, 2019

**VIA ECF**

Hon. Cheryl L. Pollak, Magistrate Judge
U.S. Eastern District Court
225 Cadman Plaza East
Brooklyn, NY  11201

        Re:    Toussie v. Allstate Insurance Company
              Case No.:  15-CV-05235 (ARR)(CLP)

Dear Judge Pollak,

      With apologies, I write to advise the Court that I will be unable to file Laura Toussie's answer to Allstate's counterclaims until Monday, June 17, and therefore respectfully request an extension of the date the Court set for that filing from Friday, June 14, to Monday, June 17.

      I was retained by Mrs. Toussie on Friday, May 31, and Mr. and Mrs. Toussie were on a cruise from Sunday, June 2, to Sunday, June 9.  I spent eight hours yesterday with Mrs. Toussie.  Last night my 90-year old father-in-law was admitted to Huntington Hospital for complications arising from Stage-4 Lung Cancer that was diagnosed last week. Today I chaired a half-day CLE for the New York State Bar Association in Melville. Regrettably, I will need the weekend to properly prepare the answer and review it with Mrs. Toussie.

Respectfully,

Richard Hamburger

/lc

c:    Via ECF:
       Gary Meyerhoff, Esq.
       Brendan E. Zahner, Esq.
       Frederick P. Stern, Esq.

RH to Pollak - 2019.06.13.WPD

*Granted. This is the final extension.*

*So Ordered*
*/s/ Cheryl Pollak*
*USMJ*
*6/14/19*