UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ JUN 14 2019 ★
BROOKLYN OFFICE

----------------------------------------X
ROBERT TOUSSIE and LAURA TOUSSIE,

        Plaintiffs,

-against-

ALLSTATE INSURANCE CO.,

        Defendant.
----------------------------------------X

**CONSENT TO CHANGE ATTORNEY**

Docket No.:
1:15-CV-05235(ARR)(CLP)

        IT IS HEREBY CONSENTED THAT, HAMBURGER, MAXSON, YAFFE & McNALLY, LLP, having offices located at 225 Broadhollow Road, Suite 301E, Melville, New York 11747, be substituted as attorneys of record for the undersigned party in the above-entitled action in place of and stead of the undersigned attorneys as of the date hereof.

Dated: June 12, 2019

        HAMBURGER, MAXSON, YAFFE,
        & McNALLY, LLP
        *(New Counsel)*

        By: _____
        Richard Hamburger, Esq.
        David N. Yaffe, Esq.
        225 Broadhollow Road, Suite 301E
        Melville, New York 11747
        631.694.2400

        SCHEYER & STERN, LLP
        *(Outgoing Counsel)*

        By: _____
        Fredrick P. Stern, Esq.
        110 Lake Avenue South, Suite 46
        Nesconset, New York 11767
        631.265.8500

        _____
        LAURA TOUSSIE

SO ORDERED:

/s/ Cheryl Pollak
_____
HON. ALLYNE R. ROSS, U.S.D.J.  CHERYL POLLAK
Dated: June 14, 2019

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF KINGS      )

On the 12th day of June in the year 2019, before me personally came Laura Toussie, personally known to me, or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the persons upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

**RICHARD HAMBURGER**
**Notary Public-State of New York**
No. 02HA4769641
Qualified in Suffolk County
**Commission Expires February 28, 2023**