# HAMBURGER, MAXSON, YAFFE & MCNALLY, LLP

ATTORNEYS AT LAW
225 BROADHOLLOW ROAD, SUITE 301E
MELVILLE, NEW YORK 11747
631.694.2400
FAX: 631.694.1376
HMYLAW.COM

RICHARD HAMBURGER
rhamburger@hmylaw.com

June 14, 2019

**VIA ECF**

Hon. Cheryl L. Pollak, Magistrate Judge
U.S. Eastern District Court
225 Cadman Plaza East
Brooklyn, NY  11201

Re: Toussie v. Allstate Insurance Company
Case No.:  15-CV-05235 (ARR)(CLP)

Dear Judge Pollak:

The Order entered on the docket earlier today substituting me as counsel for Robert Toussie and terminating attorney Fredrick P. Stern is incorrect.  I am counsel for Laura Toussie _only_.  That was indicated in the notice of appearance filed as document number 263 (my partner David N. Yaffe also entered a notice of appearance on behalf of Laura Toussie filed as document number 264).

Notwithstanding those appearances, Allstate's attorneys continued to maintain that Mr. Stern remained counsel of record for Laura Toussie and that my firm was "co-counsel" in that respect.  To address this technically correct point, we filed the consent to change attorney which substituted my firm for Scheyer & Stern, LLC with respect to Laura Toussie _only_, not with respect to Robert Toussie (see document number 270).

Again, we did not substitute in for Robert Toussie and, accordingly, I respectfully request that the contrary Order appearing on the docket ["Attorney Richard C. Hamburger for Laura Toussie, Richard C. Hamburger for Robert Toussie added. Attorney Frederick Paul Stern terminated."] be corrected.  Thank you.

Respectfully,

Richard Hamburger

/cp

c: Via ECF:
Gary Meyerhoff, Esq.
Brendan E. Zahner, Esq.
Frederick P. Stern, Esq.