# Exhibit A

| | |
|---|---|
| From: | Joshua Wurtzel |
| To: | Richard Hamburger |
| Cc: | Jeffrey M. Eilender |
| Subject: | Schlam Stone & Dolan, LLP v. Toussie, et al. |
| Date: | Friday, March 29, 2019 6:39:15 PM |
| Attachments: | 2019.03.29_[002-35]_Complaint with Exs.pdf |
| | image001.png |
| | 2019.03.29_[036]_RJI w addendum.pdf |
| | 2019.03.29_[001]_Summons.pdf |
| | Notice of Electronic Filing.pdf |

Richard,

Attached please find a courtesy copy of the summons and complaint, and other case-initiating documents, that we just filed against Robert I. Toussie, Laura Toussie, Joglo Realties, Inc., and Elaine Farsiso, LLC for their failure to pay legal fees to us.

Please let us know by Monday at 5 p.m. whether you are authorized to accept service of these documents on behalf of the defendants in this action. If you are, and if you similarly confirm you will represent these defendants here, we will send you an unredacted version of the complaint (the publicly-filed version of which includes some redactions). If we do not hear from you by Monday at 5 p.m., or if you are not authorized to accept service, we will begin efforts to serve the defendants on Tuesday—the cost of which which will be added to the disbursements we are entitled to recover from the defendants in accordance with our retainer agreement with them.

Joshua Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400 (x 324)
jwurtzel@schlamstone.com

CommercialDivisionBlog.com

This e-mail, including all attachments, is for the use of the intended recipients only.  It may contain legally privileged or confidential information.  If you are not the intended recipient, please permanently delete this message and all copies or printouts, and please notify me immediately.