# SCHEYER & STERN, LLC
## Attorneys at Law
110 Lake Avenue So., Suite 46
Nesconset, New York 11767
Telephone No. (631) 650-9260
Fax No. (631) 650-9259
Email: ScheyerStern@gmail.com

June 24, 2019

**VIA ECF**
The Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y.  11201

      Re: *Toussie, et al., v. Allstate Insurance Co.*
          Case No. 15-cv-5235 (ARR)(CLP)

Dear Judge Pollak:

    I am in receipt of the letter forwarded to chambers by Mr. Meyerhoff earlier this afternoon. In it, Mr. Meyerhoff represents (at p. 2, ln. 3) that no Declaration was served or filed.

    Please find attached confirmation that the Declaration and cover letter were forwarded to Mr. Meyerhoff's email address at 4:09 p.m. on Friday, June 21, per the court's direction, and as indicated on the fax cover sheet and confirmed by the attached correspondence.

                        Yours,
                        SCHEYER & STERN, L.L.C.

                        By: Fredrick P. Stern, Esq.

cc: rhamberger@hmylaw.com
    gary.meyerhoff@dentons.com



Fredrick Stern <scheyerstern@gmail.com>

## Attached Image

**Fredrick Stern** <scheyerstern@gmail.com>  24 June 2019 at 17:17
To: Richard Hamburger <rhamburger@hmylaw.com>, "Meyerhoff, Gary" <gary.meyerhoff@dentons.com>

Attached please find the original email with attachment from Friday June 21, 2019 4:09.

\---------- Forwarded message ---------
From: **Fredrick Stern** <scheyerstern@gmail.com>
Date: Fri, 21 Jun 2019 at 16:09
Subject: Fwd: Attached Image
To: Meyerhoff, Gary <gary.meyerhoff@dentons.com>


Please see attached.


--
*Scheyer & Stern, LLC*
*--Attorneys at Law--*
Fredrick P. Stern, Esq.
110 Lake Avenue So., Suite 46
Nesconset, NY 11767
Telephone:(631)265-8500
Facsimile: (631)265-8558

CONFIDENTIALITY NOTICE: This email transmission, and any documents, files
or previous email messages attached to it, may contain confidential
information that is legally privileged. If you are not the intended
recipient, or a person responsible for delivering it to the intended
recipient, you are hereby notified that any disclosure, copying,
distribution or use of any of the information contained in or attached to
this message is STRICTLY PROHIBITED. If you have received this transmission
in error, please immediately notify us by reply email at
fredpsternpclaw@gmail.com, scheyerstern@gmail.com or by telephone at (631)265-8500, and destroy the original
transmission and its attachments without reading them or saving
them to disk.


--
*Scheyer & Stern, LLC*
*--Attorneys at Law--*
Fredrick P. Stern, Esq.
110 Lake Avenue So., Suite 46
Nesconset, NY 11767
Telephone:(631)265-8500
Facsimile: (631)265-8558

CONFIDENTIALITY NOTICE: This email transmission, and any documents, files
or previous email messages attached to it, may contain confidential
information that is legally privileged. If you are not the intended
recipient, or a person responsible for delivering it to the intended
recipient, you are hereby notified that any disclosure, copying,
distribution or use of any of the information contained in or attached to

this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email at fredpsternpclaw@gmail.com, scheyerstern@gmail.com or by telephone at (631)265-8500, and destroy the original transmission and its attachments without reading them or saving them to disk.

📎 **190621150807_0001.pdf**
1809K



Fredrick Stern <scheyerstern@gmail.com>

## Attached Image

**Meyerhoff, Gary** <gary.meyerhoff@dentons.com>  24 June 2019 at 17:30  
To: Fredrick Stern <scheyerstern@gmail.com>, Richard Hamburger <rhamburger@hmylaw.com>, "Zahner, Brendan E." <brendan.zahner@dentons.com>

This is the first time I'm seeing this email below.   Please copy both me and Brendan on all future communications.

DENTONS   Gary Meyerhoff

D +1 212 768 6740   |   US Internal 16740  
gary.meyerhoff@dentons.com  
Bio   |   Website

Dentons US LLP  
1221 Avenue of the Americas, New York, NY 10020-1089

Hamilton Harrison & Mathews > Mardemootoo Balgobin > HPRP > Zain & Co. > Delany Law > Dinner Martin > Maclay Murray & Spens > Gallo Barrios Pickmann > Muñoz > Cardenas & Cardenas > Lopez Velarde > Rodyk > Boekel > OPF Partners > 大成

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

[Quoted text hidden]