# HAMBURGER, MAXSON, YAFFE & MCNALLY, LLP

ATTORNEYS AT LAW
225 BROADHOLLOW ROAD, SUITE 301E
MELVILLE, NEW YORK 11747
631.694.2400
FAX: 631.694.1376
HMYLAW.COM

RICHARD HAMBURGER
rhamburger@hmylaw.com

June 26, 2019

**VIA ECF**

Hon. Cheryl L. Pollak, Magistrate Judge
U.S. Eastern District Court
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Toussie v. Allstate Insurance Company
              Case No.: 15-CV-05235 (ARR)(CLP)

Dear Judge Pollak,

       This firm represents Mrs. Toussie in the above-referenced matter. I am in receipt of a June 25, 2019 letter to Your Honor from defendant's attorney Gary Meyerhoff (Docket Entry 283). In his letter, Mr. Meyerhoff contends that the Declaration of Mr. Toussie certified June 21, 2019, and the June 21, 2019 letter that I issued to him on behalf of Mrs. Toussie are not in compliance with this Court's May 13, 2019 Order (Docket Entry 257) and the February 6, 2019 Report and Recommendation (Docket Entry 249).

       Inasmuch as Mr. Meyerhoff's letter presents a discovery dispute and seeks to have this Court issue a new order including a "coercive sanction" (presumably pursuant to Federal Rule 37) — despite the fact that the letter was not filed as a motion and does not attach copies of the relevant documents (as required by Your Honor's Individual Motion Practice and Rules, Motion Procedures and Rules, 1) — unless we are instructed otherwise, we will treat Mr. Meyerhoff's letter as a motion subject to the rules and briefing schedule set forth in that rule (*i.e.*, requiring Mr. Toussie and Mrs. Toussie to file their respective responses within five business days of June 25, 2019, *i.e,* no later than July 2, 2019).

Respectfully,

Richard Hamburger

/lc

RH to Pollak - 2019.06.26.wpd