UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROBERT AND LAURA TOUSSIE,

    Plaintiffs/Counter-defendants,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant/Counterclaimant.

Civ. No.: 15-cv-05235 (ARR)(PK)

**STIPULATION**

**IT IS HEREBY STIPULATED** by Plaintiffs Robert Toussie and Laura Toussie and by Defendant Allstate Insurance Company, through their undersigned counsel, that the Court may enter an order setting the following schedule for the above referenced litigation:

1. Amended Answers to Allstate's counterclaims, if any, shall be filed on or before July 15, 2019;

2. The initial disclosures of potential witnesses required by Federal Rule of Civil Procedure 26(a)(1)(A)(i) shall be made on or before August 5, 2019;

3. All fact discovery shall be completed on or before November 15, 2019, and all discovery demands shall be served such that responses are due on or before November 15, 2019;

4. All expert discovery shall be completed on or before January 14, 2020;

5. Any dispositive motions shall be filed, or the process of making such a motion initiated under the Court's individual practices, on or before February 3, 2020; and

6. Any request for an adjournment must be made upon good cause only, and be filed no later than one week before the deadline, or no later than two weeks before the deadline if the request is with respect to the dates for completing fact or expert discovery, except where the cause is a medical or health emergency or a force majeure that prevents compliance, and the party seeking an adjournment submits a declaration by either the party or counsel in support, attesting to the truth of the occurrence of events that purport to constitute cause.

DENTONS US LLP

By: _____ 7/17/19
    Gary Meyerhoff

SCHEYER & STERN, LLC

By: _____ 7/17/19
    Fredrick P. Stern

Brendan E. Zahner
1221 Avenue of the Americas
New York, New York 10020-1089
Tel: (212) 768-6700
Fax: (212) 768-6800
gary.meyerhoff@dentons.com
brendan.zahner@dentons.com
*Counsel for Allstate Insurance Company*

110 Lake Avenue So., Suite 46
Nesconset, NY 11767
Tel: (631) 265-8500
Fax: (631) 265-8558
scheyerstern@gmail.com

*Counsel for Robert Toussie*

HAMBURGER, MAXSON, YAFFE &
MCNALLY LLP

By: /s/ _____  7/16/19
Richard Hamburger
David Yaffe

225 Broadhollow Road, Suite 301E
Melville, NY 11747
Tel: (631) 694-2400
Fax: (631) 694-1376
rhamburger@hmylaw.com
dyaffe@hmylaw.com

*Counsel for Laura Toussie*

SO ORDERED:

/s/ Cheryl L. Pollak
Hon. Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York