# HAMBURGER, MAXSON, YAFFE & MCNALLY, LLP

ATTORNEYS AT LAW
225 BROADHOLLOW ROAD, SUITE 301E
MELVILLE, NEW YORK 11747
631.694.2400
FAX: 631.694.1376
HMYLAW.COM

RICHARD HAMBURGER
rhamburger@hmylaw.com

July 30, 2019

**VIA ECF**

Hon. Cheryl L. Pollak, Magistrate Judge
U.S. Eastern District Court
225 Cadman Plaza East
Brooklyn, NY  11201

    Re:    Toussie v. Allstate Insurance Company
            Case No.:  15-CV-05235 (ARR)(CLP)

Dear Judge Pollak,

    I write on behalf of my client, plaintiff Laura Toussie, who advises me that she knows nothing about the removal of the boxes from the CFASS storage facility, except that a large number of boxes arrived and are being stored at her house at 290 Exeter Street, Brooklyn.

                                    Respectfully,

                                    Richard Hamburger

/lc

    c:    <u>Via ECF:</u>
          Gary Meyerhoff, Esq.
          Brendan E. Zahner, Esq.
          Fredrick P. Stern, Esq.
          Joseph A. Patella, Esq.