# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------X

ROBERT TOUSSIE and LAURA TOUSSIE,

                                   Plaintiffs,

                  -against-

ALLSTATE INSURANCE CO.,

                                   Defendant.

-------------------------------------------------------------------------------X

**NOTICE OF DEPOSITION**

Docket No.:
15-CV-05235 (ARR) (CLP)

       **PLEASE TAKE NOTICE**, that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the undersigned will take the deposition upon oral examination of Patrice Ho Sang, c/o Dentons US LLP, 1221 Avenue of the Americas, New York, New York 10020, before an officer or other person authorized to administer oaths, on September 4, 2019, at the law offices of Hamburger, Maxson, Yaffe & McNally, LLP, 225 Broadhollow Road, Suite 301E, Melville, New York 11747, at 2:00 o'clock in the afternoon of that day, and from day to day thereafter until completed. You are invited to attend and cross-examine.

       **PLEASE TAKE FURTHER NOTICE**, that pursuant to Rules 30 and 34 of the Federal Rules of Civil Procedure, and under Local Civil Rule 30.7 of the Southern and Eastern Districts, the witness is directed to produce at the deposition for inspection and copying, all documents kept by her or in her custody or control as relate to the matters in

controversy in said action and to the dealings or transactions between the parties to said action, as alleged and set forth in the complaint of said action.

Dated:   Melville, New York
         August 8, 2019

            Yours, etc.,

            **HAMBURGER, MAXSON, YAFFE**
            **& McNALLY, LLP**
            *Attorneys for Plaintiff Laura Toussie*

      By: /s/ Richard Hamburger
          Richard Hamburger, Esq.
          225 Broadhollow Road, Suite 301E
          Melville, New York  11747
          631.694.2400
          rhamburger@hmylaw.com

            **SCHEYER & STERN, LLC**
            *Attorneys for Plaintiff Robert Toussie*

      By: /s/ Fredrick P. Stern
          Fredrick P. Stern, Esq.
          110 Lake Avenue South, Suite 46
          Nesconset, New York  11767
          631.265.8500
          scheyerstern@gmail.com

TO:  DENTONS US LLP
    *Attorneys for Defendant*
    Attn: Gary Meyerhoff, Esq.
       Brendan E. Zahner, Esq.
    1221 Avenue of the Americas
    New York, New York  10020-1089
    212.768.6700
    Gary.Meyerhoff@dentons.com
    Brendan.Zahner@dentons.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------X

ROBERT TOUSSIE and LAURA TOUSSIE,

                                  Plaintiffs,

                -against-

ALLSTATE INSURANCE CO.,

                                Defendant.

-------------------------------------------------------------------------------X

**NOTICE OF DEPOSITION**

Docket No.:
15-CV-05235 (ARR) (CLP)

        **PLEASE TAKE NOTICE**, that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the undersigned will take the deposition upon oral examination of Robert King, Jr., c/o Dentons US LLP, 1221 Avenue of the Americas, New York, New York 10020, before an officer or other person authorized to administer oaths, on September 5, 2019, at the law offices of Hamburger, Maxson, Yaffe & McNally, LLP, 225 Broadhollow Road, Suite 301E, Melville, New York 11747, at 10:00 o'clock in the forenoon of that day, and from day to day thereafter until completed. You are invited to attend and cross-examine.

        **PLEASE TAKE FURTHER NOTICE**, that pursuant to Rules 30 and 34 of the Federal Rules of Civil Procedure, and under Local Civil Rule 30.7 of the Southern and Eastern Districts, the witness is directed to produce at the deposition for inspection and copying, all documents kept by him or in his custody or control as relate to the matters in

controversy in said action and to the dealings or transactions between the parties to said action, as alleged and set forth in the complaint of said action.

Dated:    Melville, New York
          August 8, 2019

                                        Yours, etc.,

                                        **HAMBURGER, MAXSON, YAFFE
                                        & McNALLY, LLP**
                                        *Attorneys for Plaintiff Laura Toussie*

                              By:       /s/ Richard Hamburger
                                        Richard Hamburger, Esq.
                                        225 Broadhollow Road, Suite 301E
                                        Melville, New York  11747
                                        631.694.2400
                                        rhamburger@hmylaw.com


                                        **SCHEYER & STERN, LLC**
                                        *Attorneys for Plaintiff Robert Toussie*

                              By:       /s/ Fredrick P. Stern
                                        Fredrick P. Stern, Esq.
                                        110 Lake Avenue South, Suite 46
                                        Nesconset, New York  11767
                                        631.265.8500
                                        scheyerstern@gmail.com


TO:       DENTONS US LLP
          *Attorneys for Defendant*
          Attn:  Gary Meyerhoff, Esq.
                 Brendan E. Zahner, Esq.
          1221 Avenue of the Americas
          New York, New York  10020-1089
          212.768.6700
          Gary.Meyerhoff@dentons.com
          Brendan.Zahner@dentons.com

EBT Notice - King.wpd                              2