# Exhibit B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT AND LAURA TOUSSIE,<br><br>      Plaintiffs,<br><br> v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>      Defendant. | Civ. No. 15-CV-05235 (ARR)(CP) |

# DISCLOSURES PURSUANT TO RULE 26(a)(1)(A)

  Pursuant to the stipulation and order entered as docket entry 293A, the following are the names, addresses and telephone numbers, if known, of individuals that Allstate is aware of at this time who are likely to have discoverable information that Allstate may use to support its claims or defenses:

Gail Burnette
18 East 58th Street
Brooklyn, NY 11203

The condition of 290 Exeter Street before and after Superstorm Sandy, the effort to guard, remove and store property from 290 Exeter Street.

Christie's Fine Arts Storage Services, Inc. ("CFASS")
100 Imlay St.
Brooklyn, NY 11231
(212) 974-4570

The moving and storage of property removed from 290 Exeter Street, the removal of property from storage, authentication of documents produced.

Marshall Gilinsky
Anderson Kill PC
1251 Avenue of the Americas
New York, NY 10020
212-278-1513

Non-privileged information regarding Plaintiffs' misrepresentations and concealments in

connection with their claims, through counsel and otherwise, before and after the filing of this litigation.

Mark Goidell
Suite 700
666 Old Country Rd
Garden City, NY 11530
(516) 683-0001

Non-privileged information regarding Plaintiffs' misrepresentations and concealments in connection with their claims, through counsel and otherwise, after the filing of this litigation.

Nancy Gunderson
c/o Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020

The presentation, handling and resolution of the Toussies' various insurance claims.

Patrice Ho Sang
c/o Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020

Search of contents of boxes at CFASS and authentication of photographs concerning same.

Robert King, Jr.
c/o Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020

Non-privileged information regarding Plaintiffs' misrepresentations and concealments in connection with their claims, through counsel and otherwise, after the filing of this litigation.

Lockson, Inc.
90 Enterprise Ave S
Secaucus, NJ 07094
(201) 392-9800

The moving, storage and cleaning of property removed from 290 Exeter Street, authentication of documents produced.


Keith Mayne
c/o Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020

The presentation, handling and resolution of the Toussies' various insurance claims.


Isaac Toussie
(Address and phone number unknown)

The condition of 290 Exeter Street before and after Superstorm Sandy, the effort to guard, remove and store property from 290 Exeter Street.


Laura Toussie
290 Exeter Street
Brooklyn, NY 11235

All aspects of the Toussies' various insurance claims and the representations made by and on behalf of Robert and Laura Toussie, including, but not limited to, those contained in the Complaint and Allstate's counterclaims.


Robert Toussie
290 Exeter Street
Brooklyn, NY 11235

All aspects of the Toussies' various insurance claims and the representations made by and on behalf of Robert and Laura Toussie, including, but not limited to, those contained in the Complaint and Allstate's counterclaims.


Richard Tutwiler
Suite 780
4300 W. Cypress St.
Tampa, FL 33607

(813) 287-8090

The condition of 290 Exeter Street after Superstorm Sandy, the presentation of the Toussies' various insurance claims, the representations made on behalf of Robert and Laura Toussie, the sources of information for such representations and his authority to make those representations

Dated:  New York, New York
August 5, 2019

                              DENTONS US LLP

                              By:     /s/ Gary Meyerhoff
                              Gary Meyerhoff
                              Brendan E. Zahner
                              1221 Avenue of the Americas
                              New York, New York 10020-1089
                              Tel:  (212) 768-6700
                              Fax:  (212) 768-6800
                              gary.meyerhoff@dentons.com
                              brendan.zahner@dentons.com

                              *Counsel for Defendant*