# Exhibit D

**大成 DENTONS**

**Gary Meyerhoff**

gary.meyerhoff@dentons.com
D  +1 212 768 6740

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成  **Salans FMC SNR Denton McKenna Long**
dentons.com

August 19, 2019

**BY E-MAIL**

Fredrick P. Stern, Esq.
Scheyer & Stern, LLC
110 Lake Avenue So., Suite 46
Nesconset, NY 11767
fredpsternpclaw@gmail.com

Richard Hamburger, Esq.
Hamburger, Maxson, Yaffe & McNally, LLP
225 Broadhollow Road, Suite 301E
Melville, NY 11747
rhamburger@hmylaw.com

Re:    *Toussie v. Allstate Insurance Company*, **Case No. 1:15-cv-5235-ARR-PK**

Dear Messrs. Stern and Hamburger:

  I write to advise you (among other things) that I am accepting a new position and will be withdrawing as a partner of Dentons at the end of September.  My partner, Rick Fenton, will be substituting in as lead counsel in this matter.

  With respect to the depositions of Laura and Robert Toussie, Rick has prior commitments on the dates previously agreed to.  Rick is available to take Laura Toussie's deposition on September 17 or 18, or September 23-25.  He is available to take Robert Toussie's deposition on October 2-4, or October 14-18.  Please confirm which of those dates work for you and your clients and we will issue amended notices of deposition.

  In addition, the depositions of Robert King and Patrice Ho Sang are unwarranted and should not go forward.  Ms. Ho Sang is currently assisting as lead paralegal in this matter. Allstate has no intention of calling Ms. Ho Sang at trial, except as may be necessary as a foundational witness to authenticate photos or videos taken during the CFASS inspections. Considering that the Toussies had counsel present during the inspections and videotaped the inspections, it seems very unlikely that we will have a genuine dispute regarding whether these images accurately depict Plaintiffs' property at CFASS or accurately reflect the content of specific boxes.  We should be able to stipulate to such matters.  If we are unable to reach accord on a stipulation, we can then discuss whether a deposition of Ms. Ho Sang limited to foundational issues is necessary.

  With respect to Mr. King, he is listed as having knowledge of Allstate's investigation in Allstate's revised Rule 26 disclosures.  However, whatever information Mr. King may have was obtained in connection with his role as lead trial counsel for Allstate, and the relevant testimony he may give would be subject to work product and attorney client privileges.  At present, Allstate does not expect to use Mr. King as a trial witness.  In the unlikely event that decision changes, we will give you notice prior to the close of discovery, but at present there is no need for his

August 19, 2019
Page 2

大成 Salans FMC SNR Denton McKenna Long
dentons.com

deposition.  Accordingly, we will not be presenting either Ms. Ho Sang or Mr. King for deposition.

As you know, Brendan and I will both be on vacation (beginning today) and will not be available for a meet and confer call until the first week of September.  If you wish to facilitate matters in advance by sending a written response to the issues raised herein, please copy Rick Fenton, who is cc'd on the email transmitting this letter.

Sincerely,

/s/ Gary Meyerhoff

113028899