UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT and LAURA TOUSSIE,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | Civ. No. 15-5235(ARR)(PK)<br><br>**MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF ROBERT H. KING, JR.** |

PLEASE TAKE NOTICE that the undersigned attorney hereby moves for leave to withdraw the appearance of Robert H. King, Jr. as counsel of record for the Defendant, Allstate Insurance Company, in the above matter as he has retired, and requests that Mr. King be removed from the service list and all notices. The Defendant will continue to be represented Richard Fenton and Brendan Zahner, who have already filed their appearances in this matter.

Dated:  September 3, 2019　　　　　　DENTONS US LLP

　　　　　　　　　　　　　　By:　/s/ Brendan Zahner

　　　　　　　　　　　　　　　　1221 Avenue of the Americas
　　　　　　　　　　　　　　　　New York, NY 10020
　　　　　　　　　　　　　　　　Telephone:  (212) 768-6700
　　　　　　　　　　　　　　　　Facsimile:  (212) 768-6800
　　　　　　　　　　　　　　　　brendan.zahner@dentons.com

　　　　　　　　　　　　　　　　Counsel for Allstate Insurance Company