UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT and LAURA TOUSSIE,<br><br>      Plaintiffs,<br> v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>      Defendant. | Civ. No. 15-5235(ARR)(PK)<br><br>**NOTICE OF APPEARANCE**<br>**OF RICHARD L. FENTON** |

**PLEASE TAKE NOTICE** that the undersigned attorney hereby enters his appearance as counsel for Defendant Allstate Insurance Company in the above-captioned action. Please serve copies of all papers in this matter upon the undersigned attorney at the office address and e-mail address listed below.

Dated: September 3, 2019
   New York, New York

            DENTONS US LLP

            By: /s/ Richard L. Fenton
               Richard L. Fenton
               233 S. Wacker Drive, Suite 5900
               Chicago, Illinois 60606
               Telephone:  (312) 876-8000
               Facsimile:  (312) 876-7934

               richard.fenton@dentons.com

            *Counsel for Allstate Insurance Company*