**大成 DENTONS**

**Brendan E. Zahner**

brendan.zahner@dentons.com
D +1 212 768 5339

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

大成 **Salans FMC SNR Denton McKenna Long**
dentons.com

September 20, 2019

**BY ECF**

The Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
for the Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Toussie v. Allstate Insurance Company*, **Case No. 1:15-cv-5235-ARR-PK**

Dear Magistrate Judge Pollak:

We represent Defendant Allstate Insurance Company ("Allstate") in the above-referenced case, and write jointly with Plaintiffs as ordered on September 9 to detail the agreed-upon deposition schedule. Plaintiffs' counsel has reviewed and approved this letter.

The parties have agreed that Mrs. Toussie's deposition will take place on October 29 and Mr. Toussie's deposition is scheduled for October 31, both in Florida. The Toussies have today proposed October 15 and 22 for the depositions of Nancy Gunderson and Keith Mayne, and Allstate is in the process of determining whether these witnesses are available on those dates.

Respectfully submitted,

/s/ Brendan E. Zahner