UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT AND LAURA TOUSSIE,<br><br>                Plaintiffs,<br><br>    v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>                Defendant. | Civ. No. 15-CV-05235 (ARR)(CLP)<br><br>**MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF GARY MEYERHOFF** |

**PLEASE TAKE NOTICE** that the undersigned attorney hereby moves for leave to withdraw the appearance of Gary Meyerhoff as counsel of record for Defendant Allstate Insurance Company in the above matter as Mr. Meyerhoff is withdrawing as a partner of Dentons US LLP, and requests that Mr. Meyerhoff be removed from the service list and all notices. The Defendant will continue to be represented by Richard Fenton and Brendan Zahner, who have already filed their appearances in this matter.

DATED:  September 25, 2019

                                  DENTONS US LLP

                                  By:     /s/ Brendan Zahner
                                  Richard Fenton (PHV)
                                  Brendan E. Zahner
                                  1221 Avenue of the Americas
                                  New York, New York 10020-1089
                                  Tel:  (212) 768-6700
                                  Fax:  (212) 768-6800
                                  brendan.zahner@dentons.com

                                  *Counsel for Defendant Allstate Insurance Company*